ELLEN F. ROSENBLUM
Attorney General
KATIE SUVER  #975067
Assistant Attorney General
JESSICA SPOONER #105919
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  katie.suver@doj.state.or.us
         jessica.spooner@doj.state.or.us

Attorneys for Defendant State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANGELICA MATHENEY, individually and as Personal Representative of the ESTATE OF ISAAC MATHENEY; G.M., a minor by and through her guardian ad litem Angelica Matheney, individually; A.M., a minor by and through his guardian ad litem Angelica Matheney; M.M., a minor by and through his guardian ad litem Angelica Matheney, individually; VICTORIA TAYLOR-MATHENEY, individually; KIASIA BAGGENSTOS, individually; BEUSE MATHENEY, individually; and LINDA DOMINGUEZ, individually,<br><br>      Plaintiffs,<br><br>   v.<br><br>STATE OF OREGON; LAKE COUNTY; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.  1:22-cv-01931-AA<br><br>DECLARATION OF KATIE SUVER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES |

Page 1 -   DECLARATION OF KATIE SUVER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES
          KS6/bw4/738328656

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

I, Katie A. Suver, hereby declare:

1. I am an attorney licensed to practice law in the State of Oregon and admitted to practice before the United States District Court for the District of Oregon. I am employed as an Assistant Attorney General with the Oregon Department of Justice. I am currently assigned to represent Defendant State of Oregon in the above-captioned case.

2. I make this declaration in support of Defendant State of Oregon's Unopposed Motion for Extension of Time and under penalty of perjury. I have personal knowledge of and am competent to testify to the facts herein.

3. The current deadline to complete discovery is April 13, 2023; and the deadline to file a Joint ADR Report and Pretrial Order is May 13, 2023.

4. I have conferred with Plaintiffs' counsel and with counsel for Lake County on this extension of time request. The parties are in agreement with the proposed extension.

5. Defendant State of Oregon respectfully requests that the deadline to complete discovery be extended to October 13, 2023, the deadline to file dispositive motions be extended to November 30, 2023, and the deadline to submit a Joint ADR Report and Pretrial Order be set for 30 days from the date any dispositive motions are decided.

6. This request is made in good faith and not for the purposes of unnecessary delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March   3  , 2023.

          *s/ Katie Suver*
          KATIE SUVER
          Assistant Attorney General

Page 2 -   DECLARATION OF KATIE SUVER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES
KS6/bw4/738328656

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on March __3__, 2023, I served the foregoing DECLARATION OF KATIE SUVER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| John M Coletti<br>Paulson Coletti Trial Attorneys PC<br>1022 NW Marshall St. Ste 450<br>Portland, OR 97209<br>    *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL<br>___ E-SERVE |
| Dale K. Galipo<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, CA 91367<br>    *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL<br>___ E-SERVE |
| Thomas F. Armosino/Casey S. Murdock<br>Frohnmayer, Deatherage, et al. PC<br>2592 East Barnett Road<br>Medford, OR 97504<br>    *Of Attorneys for Defendant Lake County* | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL<br>___ E-SERVE |

    *s/ Katie Suver*
KATIE SUVER #975067
JESSICA SPOONER #105919
Assistant Attorneys General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
katie.suver@doj.state.or.us
jessica.spooner@doj.state.or.us
Of Attorneys for Defendant State of Oregon

Page 1 -   CERTIFICATE OF SERVICE
         KS6/bw4/684906955

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791